No. 95. TECON CORPORATION *v.* SECRETARY OF THE TREASURY OF PUERTO RICO. Supreme Court of Puerto Rico. Certiorari denied. *James R. Beverley* for petitioner. *Arturo Estrella,* Acting Solicitor General of Puerto Rico, and *Rodolfo Cruz Contreras,* Assistant Solicitor General, for respondent. ▉

—.

No. 127. MASSACHUSETTS BONDING & INSURANCE CO. *v.* DEBRAM. C. A. 5th Cir. Certiorari denied. *Henry B. Alsobrook, Jr.* for petitioner. *Raymond H. Kierr* for respondent. ▉

No. 129. BRYAN *v.* NEVADA. Supreme Court of Nevada. Certiorari denied. *Robert W. Stanley* for petitioner. *Roger D. Foley,* Attorney General of Nevada, and *William J. Raggio* for respondent. ▉

No. 131. ROBERT E. LEE & CO., INC., ET AL. *v.* VEATCH ET AL., DOING BUSINESS AS BLACK & VEATCH. C. A. 4th Cir. Certiorari denied. *Robert M. Hitch* for petitioners. *Wesley M. Walker* and *Fletcher C. Mann* for respondents. ▉

No. 137. GENERAL MOTORS CORP. *v.* UNITED STATES ET AL. C. A. 6th Cir. Certiorari denied. *Aloysius F. Power, Walter R. Frizzell* and *E. J. McGratty, Jr.* for petitioner. *Solicitor General Cox, Robert W. Ginnane* and *Arthur J. Cerra* for the United States and the Interstate Commerce Commission. *J. Edgar McDonald* for respondent railroads. ▉